

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CESARIO URIAS, CESARIO V. URIAS, JOEL URIAS AND SONIA URIAS, | § | No. 08-21-00063-CV |
|  | § | Appeal from the |
| Appellants. | § | 143rd District Court |
|  | § | of Reeves County, Texas |
| v. | § |  |
| OWL SPRINGS NORTH, LLC, OWL SPRINGS HOLDINGS, LLC, AND BARBARA PREWIT, | § | (TC# 19-11-23264-CVR) |
|  | § |  |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until December 11, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Eduardo N. Lerma, the Appellants' attorney, prepare the Appellants' Brief and forward the same to this Court on or before December 11, 2021.

IT IS SO ORDERED this 9th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.